**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| LUIS FRANCISCO ARELLANO-URUENA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-2165-J |
| | ) | |
| JOSHUA JOHNSON, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

Petitioner Louis Francisco Arellano-Uruena filed a Motion of Habeas Corpus challenging his detention with United States Immigration and Customs Enforcement (ICE). [Doc. No. 1]. The matter was referred to United States Magistrate Judge Suzanne Mitchell consistent with 28 U.S.C. § 636(b)(1)(B), (C). Judge Mitchell issued a Report and Recommendation recommending that the Court dismiss the Petition for Petitioner's failure to comply with the Court's order and/or prosecute the action. [Doc. No. 7]. Specifically, Judge Mitchell noted that Petitioner failed (1) to pay the $5.00 filing fee or seek leave to proceed in forma pauperis, (2) cure that deficiency when ordered to, or (3) update his address so that he could receive the Court's orders and instructions. *See id.* at 1-3. Petitioner did not object,[1] thus waiving his right to de novo review. *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010).

[1] Petitioner did not receive the Report and Recommendation as it was returned to sender. [Doc. No. 8]. While the Court understands the complexity and challenges involved in ICE detention, the Court agrees with Judge Mitchell that it was ultimately Petitioner's responsibility to update the Court with his current address. *See* LCvR 5.4.

Accordingly, the Report and Recommendation [Doc. No. 7] is ADOPTED and Petitioner's Petition [Doc. No. 1] is DISMISSED.[2]

A separate judgment will enter.

IT IS SO ORDERED this 15th day of October, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE

[2] Based on Petitioner's failure to pay, cure deficiencies, or update his address, the Court would dismiss the Petition even on de novo review.